UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

Case No.: 2014CV22349

JOSE CUNI AND HECTOR DOMINGUEZ, et al
    Plaintiff,

vs.

AMERICAN SALES AND MANAGEMENT ORGANIZATION, LLC and LIVAN ACOSTA
    Defendant.

_____/

MEDIATOR'S REPORT

COMES NOW, the undersigned certified Mediator from ARC Mediation, and reports to this Honorable Court:

The Mediation was held on **April 10, 2015,** the result of which was:

☒ Agreement

☐ No agreement

    ☐ Plaintiff attorney to file Mediator Report
    ☐ Defense attorney to file Mediator Report

_____
Cathleen Scott, Certified Circuit Civil Mediator
ARC Mediation

Copies Furnished to: All parties