UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22349-CIV-OTAZO-REYES

**CONSENT CASE**

JOSE CUNI, and HECTOR DOMINGUEZ,
on their own behalf and others similarly situated,

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited liability
company, and LIVAN ACOSTA, individually,

    Defendants.
_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL**

THIS CAUSE came before the Court upon the Mediator's Report [D.E. 45], which informed the Court that the parties have reached an agreement. In light of the foregoing, it is

ORDERED AND ADJUDGED that the parties shall file a stipulation of dismissal on or before **May 4, 2015**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of April, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record