UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22349-CIV-OTAZO-REYES

CONSENT CASE

JOSE CUNI, and HECTOR DOMINGUEZ,
on their own behalf and others similarly situated,

    Plaintiffs,

v.

AMERICAN SALES AND MANAGEMENT
ORGANIZATION, LLC, a Florida limited liability
company, and LIVAN ACOSTA, individually,

    Defendants.
_____/



## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal [D.E. 49]. Upon review of the Joint Motion and the relief sought therein, as well as a review of the Settlement Agreement, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Approval of Settlement and Stipulation of Dismissal [D.E. 49] is **GRANTED**. The Settlement Agreement is approved in accordance with the principles set forth in *Lynn's Food Stores, Inc. v. United States Dept. of Labor*, 679 F.2d 1350 (11th Cir. 1982). This Case is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the Settlement Agreement. This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida this 15th day of May, 2015.

                                                             ALICIA M. OTAZO-REYES
                                                             UNITED STATES MAGISTRATE JUDGE

cc:       Counsel of Record